## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Firearms Policy Coalition, Inc.**

**Plaintiff**

vs.    Case No.: 1:18-cv-03083-KBJ

**Matthew G. Whitaker, in his official capacity, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/03/2019 at 12:56 PM, I served United States of America, United States Attorney's Office with the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Cover Sheet at 501 3rd Street, NW, Washington, DC 20001 by serving Reginald Rowan, Designated Agent, authorized to accept service.

Reginald Rowan is described herein as:

Gender: Male   Race/Skin: Black   Age: 40   Weight: 180   Height: 6'2"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

01/07/19
Executed On

Mark A. Russell, Jr.

Client Ref Number: N/A
Job #: 1555806

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FIREARMS POLICY COALITION, INC. | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 18-cv-03083-KBJ |
| MATTHEW G. WHITAKER, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: THOMAS C. GOLDSTEIN
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/27/2018

/s/ Elizabeth A. Fernandez
*Signature of Clerk or Deputy Clerk*